453 A.2d 1061

Walker, Appellant v. Smullen.
Reargument Denied Jan. 6, 1983.

Argued November 5, 1981. Arthur L. Jenkins, Jr., for appellant; Michael S. Silberman, for appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.